**Charles R. SANDERS, Appellant.**

v.

**STATE of Missouri, Respondent.**

**No. WD 70085.**

Missouri Court of Appeals, Western District.

Nov. 3, 2009.

Charles R. Sanders, Appellant pro-se.

Jamie P. Rasmussen, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

**ORDER**

PER CURIAM:

Charles Sanders appeals from the circuit court's denial of his motion to reopen his Rule 29.15 post-conviction proceedings based on his claim that he was abandoned by his post-conviction counsel. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended

opinion would have no precedential value. A memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).